DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUNA FL SPA, INC.,**
Appellant,

v.

**DEPARTMENT OF HEALTH, BOARD OF MESSAGE THERAPY,**
Appellee.

No. 4D2024-3259

[February 12, 2026]

Administrative appeal from the State of Florida, Department of Health, Board of Massage Therapy; L.T. Case No. 2023-23631.

June (Hua) Zhou of Law Office of June Zhou, LLC, Boca Raton, for appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health Prosecution Services Unit, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***